38167   272     Clerk of the Circuit Court

2016 MAY 10 AM 9: 24

PR GEO CO MD #03

Prepared By and Return To:
Heather Neal
Collateral Department
Meridian Asset Services, Inc.
780 94th Avenue N., Suite 102
St. Petersburg, FL 33702
(727) 497-4650

Z



LR - Assignment
Recording Fee       20.00
Grantor/Grantee Name:
PREMIUM/EZELL
Reference/Control #:
LR - Assignment
Surcharge           40.00
============================
SubTotal:           60.00
============================
Total:             120.00
05/10/2016   09:24
                   CC16-AS
#6108327 CC0703 -
Prince George's
County/CC07.03.02 -
Register 02

Space above for Recorder's use


2043886

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **PRETIUM MORTGAGE CREDIT PARTNERS I LOAN ACQUISITION, LP**, whose address is **C/O PRETIUM MORTGAGE CREDIT MANAGEMENT, 120 SOUTH SIXTH STREET, #2100, MINNEAPOLIS, MN 55402**, (ASSIGNOR), does hereby grant, assign and transfer to **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**, whose address is **C/O PRETIUM MORTGAGE CREDIT MANAGEMENT, 120 SOUTH SIXTH STREET, #2100, MINNEAPOLIS, MN 55402**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: **4/1/2005**
Original Loan Amount: **$260,000.00**
Executed by (Borrower(s)): **TAMAL W. EZELL**
Original Trustee: **TRANSTAR NATIONAL TITLE**
Original Beneficiary: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BANK OF BLUE VALLEY, ITS SUCCESSORS AND ASSIGNS**
Filed of Record: In Book **22084**, Page **678**,
Document/Instrument No: **N/A** in the Office of County Recorder of **PRINCE GEORGE'S** County, MD, Recorded on **5/16/2005**.

Legal Description: SEE EXHIBIT "A" ATTACHED
Property more commonly described as: **6207 GOTHIC LANE, BOWIE, MARYLAND 20720**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 2/1/16

**PRETIUM MORTGAGE CREDIT PARTNERS I LOAN ACQUISITION, LP**

By: **ALEKHYA FARWIG**
Title: **AUTHORIZED SIGNATORY**

Witness Name: Sourish Ghosh

2312267

38167   273

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of       **MINNESOTA**
County of    **HENNEPIN**

On __2-1-16__, before me, **THU VAN WITTMANN**, a Notary Public, personally appeared **ALEKHYA FARWIG, AUTHORIZED SIGNATORY** of/for **PRETIUM MORTGAGE CREDIT PARTNERS I LOAN ACQUISITION, LP**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **MINNESOTA** that the foregoing paragraph is true and correct. I further certify ALEKHYA FARWIG, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

*Thu Van Wittmann*

(Notary Name): **THU VAN WITTMANN**
My commission expires: **1/31/2018**

> THU VAN WITTMANN
> Notary Public
> State of Minnesota
> My Commission Expires
> January 31, 2018

2312267

38167  274

EXHIBIT "A"

The following described property situate in the County of Prince George's, City of Bowie and State of Maryland:

Lot Numbered Forty Four (44) in Block Lettered "A" in the Subdivision known as "Plat Two, Highbridge", as per plat thereof recorded in Plat Book NLP 142, at Plat 59, among the land records of Prince George's County, Maryland. Being in the 14th Election District of said County.

Tax Id#: 14-1636372

2312267

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) SJH 38167, p. 0274, MSA_CE64_38476. Date available 05/16/2016. Printed 11/18/2021.