**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt division)**

| | | |
|---|---|---|
| **IN RE:** | * | |
| IN RE: | * | |
| **TAMAL EZELL** | * | Case No.: 20-19592-LSS |
| | | Chapter 13 |
| **Debtor** | * | |
| * * * * * * * | * * * * * * | |
| **TAMAL EZELL** | * | Adversary Proc. No. 21-00243 |
| **Plaintiff** | * | |
| **v.** | * | |
| **SELENE FINANCE, LP** | * | |
| **Defendant** | * | |
| | * | |
| * * * * * * * | * * * * * * | |

**LINE NOTIFYING COURT OF SETTLEMENT AND REQUESTING STAY OF
PRE- TRIAL HEARING SCHEUDLED FOR  JANUARY 20, 2022**

Dear Clerk:

Tamaz Ezell ("Tamaz Ezell or Plaintiff") the above-captioned Plaintiff, by and through her undersigned counsel, and Selene Finance, LP ("Selene Finance, LP or Defendant") and by and through their undersigned counsel, hereby files this Line that the Plaintiff and Defendant (collectively the "parties") have reached an agreement.   The parties further request that the Court stay the Pre-Trial Conference, docket no. 2 scheduled for January 20, 2022, to allow the parties to file the necessary Rule 9019 Motion and complete documentation necessary for resolution.

/s/   Robert N. Grossbart, Esquire
ROBERT N. GROSSBART, ESQUIRE
Federal Bar No.: (04116-G)
One Charles Center
100 North Charles Street, 20th floor
Baltimore, Maryland 21201
(410) 837-0590
Attorney for Plaintiff

/s/ Michelle H. Badolato
MICHELLE H. BADOLATO, ESQUIRE)
MD Federal Bar No: (14477)
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road
Suite 100
Cherry Hill, NJ  08002-2223
Tel. (856) 321-2401
Fax. (856) 321-2415
mbadolator@stradley.com
Attorney for /Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January 2022, a copy of the foregoing Line was mailed first class, postage prepaid to the Debtor, Office of the U.S. Trustee, 6305 Ivy Lane, #600, Greenbelt, MD 2077010, Michele h. Badolato, Esquire, Stradley Ronon Stevens & Young, LLP, 457 Haddonfield Road, Suite 100, cherry Hill, NJ  08002-2223 and to all creditors on the attached mailing matrix

/s/   Robert N. Grossbart, Esquire
ROBERT N. GROSSBART, ESQUIRE